Acknowledged
TWP
July 14, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACKIE SHEETS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:13-cv-1803-TWP-DML |
| ) | |
| FRITO-LAY, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) and (2), the parties, by their respective counsel, stipulate that this action is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

By:  /s/  Michael L. Schultz            By:  /s/  Heather L. Wilson (*with permission*)
Michael L. Schultz (20361-49)           Heather L. Wilson (20432-41)
PARR RICHEY OBREMSKEY FRANDSEN          FROST BROWN TODD LLC
 & PATTERSON LLP                        201 N. Illinois Street, Suite 1900
201 N. Illinois Street, Suite 300       P.O. Box 44961
Indianapolis, IN  46204                 Indianapolis, IN 46244
Telephone:    (317) 269-2500            Telephone:    (317) 237-3800

*Counsel for Plaintiff, Jackie Sheets*          *Counsel for Defendant, Frito-Lay, Inc.*

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing has been served upon the following electronically via email to the following counsel on this 10th day of July, 2014:

Heather L. Wilson
Janeen L. Feinberg
FROST BROWN TODD LLC
hwilson@fbtlaw.com
jfeinberg@fbtlaw.com

          /s/   Michael L. Schultz
          Michael L. Schultz

PARR RICHEY OBREMSKEY FRANDSEN
  & PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204
Telephone:     (317) 269-2500
Facsimile:     (317) 269-2514
E-mail:        mschultz@parrlaw.com

574262